# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Main:  305-949-7777
Fax:    305-704-3877

Robert J. Mirel, Esq.
Member NY& NJ Bars, AR Federal Bar
Email: rjm@weitzfirm.com

August 7, 2018

**VIA CM/ECF**

Honorable Judge Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square - Courtroom 1305
New York, New York 10007

        **Re:**    **Velasquez v. Overthrow New York Limited, et al**
                **Case 1:18-cv-05646-PAE**

Dear Judge Engelmayer:

      The undersigned, counsel for the Plaintiff, is pleased to report that the referenced civil action has been settled and that a settlement agreement has been drafted and reviewed by the parties and their counsel and will be executed by all parties expeditiously.  Upon payment of the full settlement amount, which is payable in four monthly payments, the last of which will be due on or before December 31, 2018, the action will be dismissed by Stipulation of Dismissal, with Prejudice, to be executed by the parties' counsel and filed with respect to all Defendants. Kindly issue an Order of Dismissal, without Prejudice to the right of either party to apply to the Court, on or before December 31, 2018, with good cause shown, to either extend such date or to restore this case to the calendar, in the event the final settlement payment is delayed.

      Thank you for your cooperation.

                              Yours very truly,

                              THE WEITZ LAW FIRM, P.A.

                By: _____*Robert J. Mirel*_____
                          Robert J. Mirel, Esq.

cc:  Counsel of Record, via ECF