**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

RICARDO VELASQUEZ,

    Plaintiff,

vs.

CASE NO. 1:18-cv-05646-PAE

OVERTHROW NEW YORK LIMITED, a
New York corporation, d/b/a VERTHROW
NEW YORK, and DEVAN HOLDINGS
LLC, a New York limited liability
company,

    Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/22/19
```

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff, RICARDO VELASQUEZ, and Defendant, OVERTHROW NEW YORK LIMITED, a New York corporation, d/b/a OVERTHROW NEW YORK, by and through their respective undersigned counsel, and pursuant to a confidential settlement agreement and pursuant to the provisions of Rule 41(a)(l) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of the above-captioned action, with prejudice, with regard to all Defendants. Each party shall bear their own attorneys' fees and costs.

Dated: This 18th day of January, 2019.

By: _____
Robert J. Mirel, Esq.
The Weitz Law Firm, P.A.
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Telephone: (305) 949-7777
Facsimile: (305) 704-3877
Email: rjm@weitzfirm.com
*Attorneys for Plaintiff*

By: _____
Joshua A. Stein, Esq.
250 Park Avenue
New York, NY 10177
Telephone: (212) 351-4660
Email: JStein@ebglaw.com
*Attorneys for Defendants*

**SO ORDERED:**   1/22/19

_____
Paul A. Engelmayer, U.S.D.J.